# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 17, 2021

Lyle W. Cayce
Clerk

No. 19-51010
Conference Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

MONTY RAY JORDAN,

*Defendant-Appellant.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:16-CV-718
USDC No. 1:99-CR-223-1

Before DENNIS, COSTA, and ENGELHARDT, *Circuit Judges*. .

PER CURIAM:*

Monty Ray Jordan filed a 28 U.S.C. § 2255 motion challenging his convictions for (i) bank robbery in violation of 18 U.S.C. § 2113(a) and (d); (ii) using or carrying a firearm during the commission of a crime of violence

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 19-51010

in violation of 18 U.S.C. § 924(c); and (iii) being a felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(e).  The district court granted his motion in part—resentencing Jordan on account of his felon-in-possession conviction—and denied his motion in part.  The district court further granted Jordan a certificate of appealability on the aspects of his § 2255 motion to which the court denied relief.

The Federal Public Defender appointed to represent Jordan has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).  Jordan has not filed a response.  We have reviewed counsel's brief and the relevant portions of the record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.